25-210 United States v. Ross